Isaiah M. Heston, appellant,

*v.*

Anna P. Beckett, respondent.

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *Beckett* v. *Heston, 4 Dick. Ch. Rep. 510.*

*Mr. John W. Wartman,* for the appellant.

*Mr. Allen B. Endicott,* for the respondent.

Per Curiam.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—The Chief-Justice, Abbett, Depue, Dixon, Garrison, Lippincott, Magie, Reed, Van Syckel, Bogert, Brown, Krueger, Smith—13.

*For reversal*—None.